RECEIVED
SEP - 8 2017
AT 8:30
WILLIAM T. WALSH
CLERK

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Brian R. Martinotti |
| v. | : | Crim. No. 17-229 |
| TAQUAN WRIGHT | : | **ORDER FOR A CONTINUANCE** |

This matter having come before the Court on the joint application of William E. Fitzpatrick, Acting U.S. Attorney for the District of New Jersey (by Tazneen Shahabuddin, Assistant United States Attorney), and defendant Taquan Wright (by Brian P. Reilly, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through October 31, 2017, to permit defense counsel the reasonable time necessary for effective preparation in this matter and to allow the parties to enter into plea negotiations; and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18, United States Code, Section 3161(c); and one prior continuance having been entered; and the defendant, through his attorney, having consented to the continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Taking into account the exercise of diligence, the facts of this case require that defense counsel be permitted a reasonable amount of additional time for effective preparation in this matter

(2) The parties seek time to enter into plea negotiations, which would render any trial of this matter unnecessary;

(3) The defendant has consented to the aforementioned continuance;

(4) The grant of a continuance will likely conserve judicial resources; and

(5) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this __8th__ day of September, 2017;

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through October 31, 2017; and it is further

ORDERED that the period from the date this Order is signed through October 31, 2017 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HONORABLE BRIAN R. MARTINOTTI
United States District Judge

Form and entry consented to:

_____
Brian P. Reilly, Esq.
Counsel for Defendant Taquan Wright

_____
Tazneen Shahabuddin
Assistant U.S. Attorney

_____
Barbara R. Llanes
Chief, General Crimes Unit